

FILED

NOV 16 2006

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

1  McGREGOR W. SCOTT
   United States Attorney
2  ELLEN V. ENDRIZZI
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California 95814
4  Telephone: (916) 554-2716

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

IN RE SEALED ) NO. 06-SW-0319 KJM
             )
             ) **MOTION TO UNSEAL SEARCH WARRANT;**
             ) [PROPOSED] **ORDER**

The documents filed in the above-referenced case were ordered sealed by this Court until further order. Those documents related to an investigation that resulted in an indictment returned on November 2, 2006, Case Number CR. S. 06-00453 DFL.

The United States hereby requests that the above-referenced file be unsealed so that its contents may be revealed in discovery in Case No. CR. S. 06-00453 DFL.

Dated: November 3, 2006

                                Respectfully submitted,

                                McGREGOR W. SCOTT
                                United States Attorney

                          By:   /s/ Ellen V. Endrizzi
                                ELLEN V. ENDRIZZI
                                Assistant U.S. Attorney

1

1  Upon application of the United States of America and good
2  cause having been shown,
3  IT IS HEREBY ORDERED that the United States' Motion To
4  Unseal the documents filed in this case is GRANTED.

6  DATED: November 14, 2006

   HONORABLE KIMBERLY J. MUELLER
   United States Magistrate Judge